[No. 28943-1-II.   Division Two.   August 19, 2003.]

BROOKE JOHNSON, ET AL., *Appellants*, v. PIERCE COUNTY *on the relation of The Department of Planning and Land Services, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-14560-1, John A. McCarthy, J., and Paul Treyz, J. Pro Tem., entered June 20, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 28962-8-II.   Division Two.   August 19, 2003.]

REGINALD DUNNELL, *Respondent*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-12928-4, John A. McCarthy, J., entered June 27, 2002. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 28991-1-II.   Division Two.   August 19, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE ALDERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 01-1-00694-5, David R. Draper, J., entered July 3, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Bridgewater, J.